Voisophone Company, defendant in error, v. John Krafcisin, plaintiff in error. Gen. No. 35,343.

Opinion filed December 28, 1931.

Erwin E. Cowen and Joseph C. Cowen, for plaintiff in error; Edward McTiernan, of counsel. No appearance for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

Frank E. Schoenfield, appellee, v. Boston Store, appellant. Gen. No. 35,402.

Opinion filed December 28, 1931.

Moses, Kennedy, Stein & Bachrach, for appellant; J. H. Oppenheim, of counsel. Jacob G. Grossberg and Harry May, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Mamie Clark, appellant, v. City of Chicago, appellee. Gen. No. 35,443.

Opinion filed December 28, 1931.

Emmet F. Byrne and William L. Kelley, for appellant. William H. Sexton, Corporation Counsel, and Alexander M. Smietanka, City Attorney, for appellee; Roy S. Gaskill, Assistant Corporation Counsel, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

J. V. DeLaney, appellee, v. Wabash Railway Company, appellant. Gen. No. 35,452.

Opinion filed December 28, 1931.

John Gibson Hale, for appellant. J. V. DeLaney, pro se.

Mr. Justice McSurely delivered the opinion of the court.